# Exhibit A

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.<br>\# | ☒ IDHR<br>☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (indicate Mr. Ms. Mrs.)<br>Ms. Shannon Lamaster | TELEPHONE NUMBER (include area code)<br>847-770-9946 | |
|---|---|---|
| STREET ADDRESS<br>533 Drake Street | CITY, STATE, ZIP CODE<br>Libertyville, IL 60048 | DATE OF BIRTH<br>5/12/1980 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME OF RESPONDENT<br>City of Evanston; Ann Marie Heiser | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code)<br>847-866-2924 |
|---|---|---|
| STREET ADDRESS<br>Robert Crown Ice Center<br>1701 Main Street | CITY, STATE, ZIP CODE<br>Evanston, IL 60202 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br>Pregnancy; failure to accomodate, | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>See attached<br>☒ CONTINUING ACTION |
|---|---|

S E E   A T T A C H E D

Page 1 of

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS 30 DAY OF November 2017.<br>NOTARY SIGNATURE |
|---|---|
| ANNA FILATOFF<br>Official Seal<br>Notary Public - State of Illinois<br>My Commission Expires Mar 28, 2020<br>NOTARY STAMP | X _____ Shannon Lamaster  11/30/17<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 05/14-INT)

## STATE OF ILLINOIS
## ILLINOIS DEPARTMENT OF HUMAN RIGHTS

**CHICAGO OFFICE**
DEPARTMENT OF HUMAN RIGHTS
100 W RANDOLPH ST., SUITE 10-100
CHICAGO, ILLINOIS 60601
(312) 814-6200
(866) 740-3953 (TTY)

**SPRINGFIELD OFFICE**
DEPARTMENT OF HUMAN RIGHTS
222 S. COLLEGE ST., ROOM 101
SPRINGFIELD, ILLINOIS, 62704
(217) 785-5100
(866) 740-3953 (TTY)

**CHARGE NO:** _____

## CHARGE OF DISCRMINIATION

**COMPLAINANT**

Name    Shannon Lamaster

Address    533 Drake Street

City, State ZIP    Libertyville, IL 60048

I believe that I have been personally aggrieved by a civil rights violation committed on

(date/s of harm): _____ , by:

**RESPONDENT**

Name    City of Evanston; Ann Marie Heiser

Address    1701 Main Street

County    Cook

City, State ZIP    Evanston, IL 60202

## SEE ATTACHED

I, _Shannon Lamaster_ on oath or affirmation state that I am Complainant herein, that I have read the foregoing charge and know the contents thereof, and that the same is true and correct to the best of my knowledge.

_Shannon Lamaster_  11/30/17
Complainant's Signature and Date

Subscribed and Sworn to

Before me this  30  day

of  November , 2017 .

_[Notary Signature]_
Notary Public Signature

ANNA FILATOFF
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 28, 2020

Notary Stamp

IDHR Form #6
Rev. 05/15

# CHARGES

I.

### A. ISSUES/BASIS

Pregnancy- From May 3, 2017 and continuing

### B. PRIMA FACIE ALLEGATIONS

1. From on or before May 3, 2017, I was subjected to harassment by my supervisor Ann Marie Heiser because of my pregnancy. The harassment consisted of disciplining me for missing work during the pregnancy; rejecting time off to go to the doctor; denying me lighter duty during the pregnancy and directing me to form strenuous tasks and telling employees not to "baby me" during the pregnancy; refusing to give me assistance to perform difficult tasks; creating new work rules aimed at requiring me to perform work not assigned to others; creating rules for me that were not required of other employees; requiring me to work on days off; suspending me for 5 days from May 22 to May 26, 2017; and denying my appeal.

2. The reason given for the suspension was for not listing time off requests; refusal to reply to meeting requests; failing to follow work plan; failure to follow supervisor's requests and insubordination. I have performed my job duties properly and only took time off because of the pregnancy and was not insubordinate.

2. I reported the harassment and the demands being placed on me during my pregnancy and the harassment and demands continues.

3. My supervisor, Ann Marie Heiser knew I was pregnant and created work rules and requirements to complete reports and paper work involving leave of absences after she knew I was pregnant when other employees were not required to comply with the same requirements.

4. My supervisor, Ann Marie Heiser said I was required to give 60 day notice to use FMLA (which only requires 30 day notice); changed the flex time and comp time for overtime work and informed employees that during my time off for the birth of the baby that I could not contact employees.

5. My supervisor, Ann Marie Heiser prohibited me from meeting with maintenance personnel without her being present to prevent me from getting help during my pregnancy and informed me that they were too busy to assist me with a heavy task and rejected any assistance.

6. My supervisor Ann Marie Heiser said that I could not go to the doctor without telling her that I was going to the doctor. There is no such requirement for other employees.

7. Ann Marie Heiser reprimanded me for going to the doctor for lunch and claimed there might be a need for covering the front desk when no requirement was made of other employees. Ann Marie Heiser complained that I was taking off more than 2 days a week when this did not happen unless for medical during the high risk pregnancy.

8. Ann Marie Heiser created time requirements and extra duties knowing that I had a "high risk" pregnancy; created a "work plan" and complained that even though I was pregnant that I was not working hard enough; and informed employees that they should not "baby me" during my pregnancy.

9. Ann Marie Heiser required me to submit a request for time off (RTO) and needed 48 hours prior notice for vacation leave even if it related to the need for medical reasons. This is contrary to the personnel manual that only requires 48 hour notice for vacation or routinely scheduled doctors appointments.

10. I was suspended for 5 days for violating policies when other employees were not given any written suspensions or reprimands for similar conduct.

11. Ann Marie Heiser knowing I had a high risk pregnancy and near the time to have the baby directed me to set up heavy tables. When I asked for help from maintenance, she said that they were too busy and I should move the tables. As a result, my water broke.

12. On November 21, 2017, the City of Evanston confirmed my suspension of 5 days.

II.
   A. ISSUES/BASIS – Failure to accommodate disability – pregnancy resulting in early birth of child

   B. Prima Facie Case

      1. Beginning in January, 2017, my employer knew that I was pregnant and having a high risk pregnancy.

      2. My supervisor, Ann Marie Heiser knew I was pregnant and created work rules and requirements to complete reports and paper work involving leave of absences after she knew I was pregnant when other employees were not required to comply with the same requirements.

3. y supervisor, Ann Marie Heiser said I was required to give 60 day notice to use FMLA (which only requires 30 day notice); changed the flex time and comp time for overtime work and informed employees that during my time off for the birth of the baby that I could not contact employees.

4. My supervisor, Ann Marie Heiser prohibited me from meeting with maintenance personnel without her being present to prevent me from getting help during my pregnancy and informed me that they were too busy to assist me with a heavy task and rejected any assistance.

5. My supervisor Ann Marie Heiser said that I could not go to the doctor without telling her that I was going to the doctor. There is no such requirement for other employees.

6. Ann Marie Heiser reprimanded me for going to the doctor for lunch and claimed there might be a need for covering the front desk when no requirement was made of other employees.

7. Ann Marie Heiser complained that I was taking off more than 2 days a week when this did not happen unless for medical during the high risk pregnancy.

8. Ann Marie Heiser created time requirements and extra duties knowing that I had a "high risk" pregnancy; created a "work plan" and complained that even though I was pregnant that I was not working hard enough; and informed employees that they should not "baby me" during my pregnancy.

9. Ann Marie Heiser required me to submit a request for time off (RTO) and needed 48 hours prior notice for vacation leave even if it related to the need for medical reasons. This is contrary to the personnel manual that only requires 48 hour notice for vacation or routinely scheduled doctors appointments.

10. Ann Marie Heiser knowing I had a high risk pregnancy and near the time to have the baby directed me to set up heavy tables. When I asked for help from maintenance, she said that they were too busy and I should move the tables. As a result, my water broke resulting in an early birth of my child and medical issues during the delivery.

11. I performed all of my duties and even made the necessary work needed to be done while I was on maternity leave. pregnancy.

12. Ann Marie Heiser informed employees that they were not to "baby me" during my pregnancy.

13. On November 21. 2017, the City of Evanston refused to reverse the 5 days suspension and ignored the need to accommodate my pregnancy.



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7003 0500 0002 5071 3669

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4701
Washington, DC 20530

July 22, 2019

Ms. Shannon Lamaster
c/o Laura R. Feldman, Esquire
Law Offices of Robinson & Curley
300 S. Wacker Drive
Suite 1700
Chicago, IL 60606

Re: EEOC Charge Against City of Evanston, et al.
No. 21B201800455

Dear Ms. Lamaster:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Chicago District Office, Chicago, IL.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

by Karen L. Ferguson
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
    City of Evanston, et al.